IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

        Plaintiff,                      No. CIV S-10-0640 EFB P

      vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.             ORDER

          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court previously ordered that dispositive motions be filed by October 28, 2011. Dckt. No. 33.

          On October 4, 2011, defendants requested that the dispositive motion deadline be vacated or extended 90 days to allow the resolution of pending matters. Dckt. No. 49. Specifically, plaintiff has filed a motion to compel discovery, which the court has not yet ruled on. *See* Dckt. No. 42. The ruling on the discovery motion may affect the parties' summary judgment motions.

////

////

////

////

1

1  Good cause appearing, it is hereby ORDERED that the current deadline for dispositive
2  motions is hereby vacated.  Dispositive motions shall be filed no later than 21 days after the
3  court issues its ruling on plaintiff's motion to compel.
4  DATED: October 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2