IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY W. BAKER,

        Plaintiff,                  No. CIV S-10-0640 EFB P

    vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.         <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This action proceeds against defendants Felker, Wright, Rojas, Kemp, Jesup, and Nergenah. On November 30, 2011, the court vacated the deadline for filing dispositive motions and informed the parties it would issue a revised schedule once the newly named defendants – Rojas, Kemp, Jesup, and Nergenah – responded to the second amended complaint. Dckt. No. 51. On March 20, 2012, all defendants filed an answer. Dckt. No. 64.

      Accordingly, it is hereby ordered that dispositive motions shall be filed no later than 60 days from the date of this order. Motions shall be briefed in accordance with paragraph 7 of the order filed December 22, 2010.

DATED: April 10, 2012.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE